1 | McGREGOR W. SCOTT
  | United States Attorney
2 | RUSSELL L. CARLBERG
  | Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
  | Sacramento, California 95814
4 | Telephone: (916) 554-2748

5 | Attorneys for Plaintiff
  | United States of America

**FILED**

SEP 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>197 Northwoods Ave.<br>Manteca, California | NO. _____<br>[~~PROPOSED~~] ORDER<br><br>2 0 8 - SW - 0 4 0 0   GGH |

The United States of America has applied to this Court for an Order permitting it to file the application, affidavit, and the accompanying sealing memorandum and proposed order in support of search warrant in the above-entitled proceedings <u>in camera</u> and <u>under seal</u>. Upon consideration of the application and the entire record herein, IT IS HEREBY ORDERED THAT application, affidavit, and the accompanying sealing memorandum and proposed order in support of search warrant in the above-entitled proceedings shall be filed with this Court <u>in camera</u> and <u>under seal</u> and shall not be disclosed to any person, absent further order by the Court.

DATED: September 15, 2008.

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
RUSSELL L. CARLBERG
Assistant United States Attorney